```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

EVANSTON INSURANCE COMPANY                                PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:04cv131-DCB-JBS

SAID M. SAID d/b/a GRAB BAG FOOD
MART, HILL CITY OIL CO., INC., and
TERRANCE MILLER, a MINOR, by and through
his mother and next friend, RUTH MILLER            DEFENDANTS

## ORDER

This matter is before the Court on the plaintiff's Motion to Set Aside Order of Dismissal [**docket entry no. 61**]; the plaintiff's Motion for Extension of Time [**docket entry no. 62**]; and the plaintiff's Motion to Withdraw Motion to Set Aside Order of Dismissal and Motion for Extension of Time [**docket entry no. 63**].

The Court finds the plaintiff's latter motion to be well-taken, and that motion shall be granted. Consequently, the other two motions are withdrawn, rendering those motions moot. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's Motion to Withdraw Motion to Set Aside Order of Dismissal and Motion for Extension of Time [**docket entry no. 63**] is **GRANTED**;

IT IS FURTHER ORDERED that the plaintiff's Motion to Set Aside Order of Dismissal [**docket entry no. 61**] and the plaintiff's Motion for Extension of Time [**docket entry no. 62**] are **MOOT.**

SO ORDERED, this the 19th day of June, 2006.

S/DAVID BRAMLETTE  
UNITED STATES DISTRICT JUDGE